THE LAW OFFICES OF JUDITH S. LELAND, APLC
7007 Washington Avenue, Suite 240
Whittier, CA 90602
Telephone: (562) 904-6955
Facsimile: (562) 632-1301
JUDITH S. LELAND (State Bar No.: 63747)
ENRIQUE M. JUAREZ (State Bar No.: 269840)
E-mail: tracey@disabilitylawfirm.com
Attorneys for Plaintiff

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Litigation Counsel, Civil Division
TOVA D. WOLKING (State Bar No.: 259782)
Special Assistant United States Attorney
Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8980
    Facsimile: (415) 744-0134
    Email: Tova.Wolking@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CYNTHIA LYNN BRUTON,<br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br>    Defendant. | Case No. SACV 18-00161-MAA<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |

| | |
|---|---|
| 1 | Based upon the parties' Stipulation for the Award and Payment of Equal |
| 2 | Access to Justice Act Fees, IT IS ORDERED that fees in the amount of ONE |
| 3 | THOUSAND EIGHT HUNDRED Dollars [$1,800.00] as authorized by 28 U.S.C. |
| 4 | § 2412(d), be awarded subject to the terms of the Stipulation. |

Dated: September 4, 2018

_____
HONORABLE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE